THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ZTE (USA) INC.,**<br><br>Defendant. | **Civil Action No. 2:17-cv-00068**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS**

Plaintiff Display Technologies, (LLC "Display") files this its Answer to Defendant ZTE (USA) Inc.'s ("ZTE") Counterclaims.

The unnumbered paragraphs of the Counterclaims are denied to the extent they require a response.

1. Admitted.

2. Admitted based on representation of ZTE.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted that venue is proper, to the extent other statements require a response they are denied.

**COUNTERCLAIM I**

**DECLARATION OF NON-INFRINGEMENT-'723 PATENT**

7. Display re-avers its foregoing responses.

8. Admitted.

9. Admitted.

10. Denied.

11. Denied.

12. Denied.

## COUNTERCLAIM II

## DECLARATION OF INVALIDITY-'723 PATENT

13. Display re-avers its foregoing responses.

14. Denied.

15. Denied.

16. Denied.

## DEMAND FOR JURY TRIAL

17. No response required.

## PRAYER FOR RELIEF

Display denies that defendant is entitled to the relief sought in Prayer for Relief section of the Counterclaims, and to the extent Display has not addressed any averments in the Counterclaims that are deemed to require a response, they are denied.

Dated:  May 1, 2017                                               Respectfully submitted,

*/s/ Thomas C. Wright*
Thomas C. Wright, Ph.D.
Bar No. 24028146
Alex J. Whitman
Bar No. 24081210
Cunningham Swaim, LLP
7557 Rambler Road, Suite 400
Dallas, TX 75231
Telephone: (214) 646-1495
Facsimile: (214) 613-1163
twright@cunninghamswaim.com
awhitman@cunninghamswaim.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was filed electronically in compliance with Local Rule CV-5, and thereby served on all counsel who have consented to electronic service this 1st day of May, 2017.

*/s/ Thomas C. Wright*
Thomas C. Wright, Ph.D.