THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HTC AMERICA, INC., *et al.*,<br><br>Defendants. | Civil Action No. 2:17-cv-00070-JRG-RSP<br><br>CONSOLIDATED LEAD CASE<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO STAY ALL DEADLINES
## AND NOTICE OF SETTLEMENT

Plaintiff Display Technologies, LLC and Defendant LG Electronics USA, Inc. hereby notify the Court that all matters in controversy in the consolidated action between these two parties, and only these two parties, have been settled, in principal. The parties request a stay of 30 days on the setting of a scheduling conference or the entry of a Docket Control Order to afford them time to complete the execution of a settlement agreement and to submit appropriate dismissal papers.

1

DATED May 17, 2017.                    Respectfully submitted,

*/s/ Thomas C. Wright*
Thomas C. Wright, Ph.D.
State Bar No. 24028146
Alex J. Whitman
State Bar No. 24081210
Cunningham Swaim, LLP
7557 Rambler Road, Suite 400
Dallas, TX 75231
Telephone: (214) 646-1495
twright@cunninghamswaim.com
awhitman@cunninghamswaim.com

**ATTORNEYS FOR PLAINTIFF
DISPLAY TECHNOLOGIES, LLC**

*/s/ Harry L. Gillam, Jr.*
Harry L. Gillam, Jr.
State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: gil@gillamsmithlaw.com

Aidan C. Skoyles (pro hac vice pending)
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER LLP
901 New York Ave NW
Washington DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
Email: aidan.skoyles@finnegan.com

**ATTORNEYS FOR DEFENDANT
LG ELECTRONICS USA, INC.**

## CERTIFICATE OF SERVICE

  I certify that a true and correct copy of the foregoing has been served upon counsel of record via the Court's CM/ECF system on May 17, 2017.

                    */s/ Thomas C. Wright*