**IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF TEXAS MARSHALL DIVISION**

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**HTC AMERICA, INC., et al.**<br><br>*Defendant.* | Civil Action No. 2:17-cv-00070-JRG-RSP<br><br>**CONSOLIDATED LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR CONTINUANCE OF SHOW CAUSE HEARING

On May 17, 2017, Plaintiff Display Technologies, LLC and Defendant LG Electronics USA, Inc. filed a Joint Motion to Stay all Deadlines and Notice of Settlement [Dkt. 21]. On May 18, 2017, the Court granted the Joint Motion to Stay [Dkt. 23] and set this matter for a show cause hearing on June 28, 2017, pending dismissal papers.

The parties have finalized the settlement agreement and Plaintiff has executed same. The parties are awaiting signatures from the Defendant in Korea and need additional time to get dismissal papers entered.

Therefore, the Parties respectfully move the Court to continue the show cause hearing for two weeks, until July 11, 2017, to allow sufficient time to obtain all signatures and file a dismissal of this action.

Dated: June 27, 2017   Respectfully submitted,

*/s/ Thomas C. Wright*
Thomas C. Wright
Texas State Bar No. 24028146
Alex J. Whitman
Texas State Bar No. 24081210
Cunningham Swaim, LLP
7557 Rambler Road, Suite 400
Dallas, TX 75231
Telephone: (214) 646-1495
Fax: (214) 613-1163
twright@cunninghamswaim.com
awhitman@cunninghamswaim.com

**ATTORNEYS FOR PLAINTIFF
DISPLAY TECHNOLOGIES, LLC**

*/s/ Harry L. Gillam, Jr.*
Harry L. Gillam, Jr.
State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: gil@gillamsmithlaw.com

Aidan C. Skoyles (pro hac vice pending)
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER LLP
901 New York Ave NW
Washington DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
Email: aidan.skoyles@finnegan.com

**ATTORNEYS FOR DEFENDANT
LG ELECTRONICS USA, INC.**

**CERTIFICATE OF SERVICE**

       I hereby certify that all counsel of record who have consented to electronic service are being notified of the filing of this document via the Court's CM/ECF system per Local Rule CV- 5(a)(3) on this 27th day of June, 2017.

                                                  */s/ Thomas C. Wright*
                                                  Thomas C. Wright