## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

**DISPLAY TECHNOLOGIES, LLC,**

              Plaintiff,

v.

**HTC AMERICA, INC., *et al.*,**

              Defendants.

_____/

**DISPLAY TECHNOLOGIES, LLC,**

              Plaintiff,

v.

**BLU PRODUCTS, INC.,**

              Defendant.

_____/

**Civil Action No. 2:17-cv-00070-JRG-RSP**

**CONSOLIDATED LEAD CASE**

**JURY TRIAL DEMANDED**


**Civil Action No. 2:17-cv-00067**

**JURY TRIAL DEMANDED**

## PLAINTIFF'S NOTICE OF COMPLIANCE WITH
## PARAGRAPHS 1 AND 3 OF THE DISCOVERY ORDER

Plaintiff Display Technologies, LLC ("Display") by and through its undersigned counsel, hereby gives notice that it served upon Defendant's counsel its Initial and Additional Disclosures pursuant to Paragraphs 1 and 3 of the Discovery Order.

Respectfully submitted,

/s/ Thomas C. Wright
THOMAS C. WRIGHT
State Bar No. 24028146
Alex J. Whitman
State Bar No. 24081210
**CUNNINGHAM SWAIM, LLP**
7557 Rambler Road, Suite 400
Dallas, Texas 75231
Phone:  214-646-1495
Facsimile: 214-613-1163
twright@cunninghamswaim.com

**ATTORNEYS FOR DEFENDANTS DISPLAY TECHNOLOGIES, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 28th day of June, 2017, all counsel of record were served with this document in accordance with the applicable Federal Rules of Civil Procedure.

/s/ Thomas C. Wright
Thomas C. Wright