# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, *Plaintiff*, v. HTC AMERICA, INC., *Defendant*. | Case No. 2:17-CV-070-JRG-RSP **LEAD CASE** **JURY TRIAL DEMANDED** |
| DISPLAY TECHNOLOGIES, LLC, *Plaintiff*, v. ZTE (USA) INC., *Defendant*. | Case No. 2:17-CV-068-JRG-RSP **JURY TRIAL DEMANDED** |

**ZTE (USA)'S NOTICE OF COMPLIANCE WITH
PARAGRAPHS 1 AND 3 OF THE DISCOVERY ORDER**

Defendant, ZTE (USA) Inc. ("ZTE USA") by and through its undersigned counsel, hereby gives notice that it served upon Plaintiff's counsel its Initial and Additional Disclosures pursuant to Paragraphs 1 and 3 of the Discovery Order.

Respectfully submitted,

*/s/ Scott R. Miller*
SCOTT R. MILLER
California Bar No. 112656
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile:  213.620.1398

*Counsel for Defendant, ZTE (USA) Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served through the CM/ECF system on this 28th day of June, 2017, on all counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Scott R. Miller*
Scott R. Miller