# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** *Plaintiff,* v. **HTC AMERICA, INC., et al.** *Defendant.* | Civil Action No. 2:17-cv-00070-JRG-RSP **CONSOLIDATED LEAD CASE** **JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO CONTINUE SHOW CAUSE HEARING

Upon consideration of the Joint Motion to Continue Show Cause Hearing, it is hereby ORDERED that the motion is GRANTED. Accordingly, the show-cause hearing set for June 27, 2017, is continued. Lead and local counsel for the parties to the settlement are ORDERED to appear at 9:00 a.m. on July 12, 2017, if dismissal papers have not been filed by July 11, 2017 as to Defendant LG Electronics USA, Inc.

**SIGNED this 6th day of July, 2017.**

*[Signature: Roy S. Payne]*
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE